Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

Plaintiff(s): James Ulbin

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Defendant(s): Christopher F. DePalo, ESQ., Michael J. Ulbin, Michael J. Lepizzera, Jr.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

FILED 2023 OCT 10 PM 4:34 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: James Ulbin
- Street Address: 516 Main St. Apt. 2
- City and County: East Greenwich
- State and Zip Code: Rhode Island 02818
- Telephone Number: 401-432-5255
- E-mail Address: J.Ulbin@yahoo.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Christopher F. DePalo, ESQ
- Job or Title (if known): Attorney
- Street Address: 117 Metro Center Blvd, Suite 2001
- City and County: Warwick
- State and Zip Code: Rhode Island 02886
- Telephone Number: 401-578-4526
- E-mail Address (if known): cdepalo@leplap.com

Defendant No. 2
- Name: Michael J. Ulbin
- Job or Title (if known): Owner MJ Ulbin Construction; a/k/a Rhode Island Custom Builders
- Street Address: 66 Buena Vista Ave.
- City and County: Warwick
- State and Zip Code: Rhode Island 02889
- Telephone Number: 401-339-3505
- E-mail Address (if known): MJUconstruction@yahoo.com

Defendant No. 3
- Name: Michael J. Lepizzera, Jr.
- Job or Title (if known): Attorney
- Street Address: 117 Metro Center Blvd, Suite 2001
- City and County: Warwick
- State and Zip Code: Rhode Island 02886
- Telephone Number: 401-739-7397
- E-mail Address (if known): MLepizzera@leplap.com

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

18 U.S.C. § 1016 ; 18 U.S.C. § 1017 ; 18 U.S.C. § 3

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am dissapointed by the defendants within this claim. I want charges to be inforced. I want the established Administor for Probate to be null and voided. I want any and all purchase agreements and/or contracts regarding the sale of the property located at 83 Maywood Ave, Warwick RI 02889 to be null and voided. I want all paperwork regarding Probate and all paperwork and receipts for the property located at 83 Maywood Ave, Warwick Rhode Island 02889 to be reviewed for any further Judgements

Page 4 of 5

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

Between

Plaintiff:     James Ulbin

AND

Defendants:    Christopher F. DePalo, ESQ. ;   Michael J. Ulbin  ;  Michael J. Lepizzera, Jr.

### STATEMENT OF CLAIM

I am James Ulbin, I live at 516 Main St. APT. 2 East Greenwich R.I. 02818. I am the brother of defendant Michael J. Ulbin owner of MJ Ulbin Construction, co-owner of Rhode Island Custom Builders who lives at 66 Buena Vista Ave. Warwick R.I., 02889. I am a client of defendants Attorney Christopher F. DePalo, ESQ. and Attorney Michael J. Lepizzera, Jr. who work for Lepizzera Laprocina Counsellors at Law, LTD. located at 117 Metro Center Blvd. Suite 2001, Warwick R.I. 02886.

April 29, 2021 defendant Michael sent the plaintiff James a text stating that we would use his attorneys Lepizzera Laprocina that he does business with for our father's probate case to obtain and both be rightful owners of our late parent's property located at 83 Maywood Ave. Warwick R.I. 02889.

During the week of September 3rd-9th, 2023 I contacted defendant Michael via text asking about our parent's property now under contract and who the attorneys used for probate were so I could compile paperwork for my record.

September 11, 2023 I went to the attorney's office requesting for copies of all documents that I had signed for probate.

September 12, 2023 I went back to the attorney's office to speak with the attorney's defendant Christopher and Michael after realizing the date signed, stamp and sealed by defendant Christopher had been falsified on a document which passed through the court system.

The falsified document states to have been signed and sealed on March 29, 2022 at the Attorneys office by defendant Christopher and myself the plaintiff James. Although the document was in fact signed by myself James on March 31, 2022 at my brothers the defendant Michaels house without the defendant Christopher to be present.

The negligence that the defendants partook in removed my voice to be heard equally. The defendants extinguished my enjoyment to inherit and update my family's heirloom causing confusion and stress along the probate process.

September 14, 2023 I went back to the attorney's office for a second meeting now with all three defendants present where again nothing was resolved but more signatures by myself James the plaintiff were requested by the three defendants. None which took place.

x  James Ulbin  10/10/23          x  [signature]

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/10/23

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: James Ulbin

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____