```
                   UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF RHODE ISLAND
```

JAMES ULBIN,

    Plaintiff,

        v.                                      CA No. 23-cv-415-WES

CHRISTOPHER F. DEPALO, et al.

    Defendants.

## JUDGMENT

This action came to be heard before the Court and a decision has been rendered.  Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to the Text Order entered on January 17, 2024, and in accordance with Fed. R. Civ. P. 58., judgment is entered dismissing this civil action.

It is so ordered.

January 17, 2024                    By the Court:

                                        /s/ William E. Smith
                                        United States District Judge